# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **2:24-cv-01468-MEMF (DTB)**                                Date: **March 10, 2025**

Title: **Michael Pervoe v. Correctional Officer Captain B. Kirker, et al.**

============================================================

**DOCKET ENTRY**

============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:            ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                                                       None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On January 17, 2025, the Court granted Defendants' Motion to Dismiss with Leave to Amend. (Docket No. 34). In its Order, the Court dismissed Plaintiff's claims in the Complaint without prejudice and with leave to amend. Plaintiff was ordered, if he still desired to pursue his claims, he must file a First Amended Complaint on or before February 17, 2025. As of this date, Plaintiff has failed to serve and file a First Amended Complaint in this action.

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **April 4, 2025**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the filing of a First Amended Complaint. The Clerk is directed to send Plaintiff a blank Central District civil rights complaint form, which Plaintiff is encouraged to use. If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

**IT IS SO ORDERED.**